**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GARY IRVING REYNOLDS** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-00499 (RCL) |
| ) | |
| **ALBERTO R. GONZALES, ATTORNEY** ) | |
| **GENERAL, UNITED STATES** ) | |
| **DEPARTMENT OF JUSTICE** ) | |
| ) | |
| Defendant. ) | |

AFFIDAVIT FOR RETURN OF SERVICE

1) I am counsel for Plaintiff Gary I. Reynolds in the above referenced case. I am submitting this affidavit, pursuant to Rule 4(*l*) of the Federal Rules of Civil Procedure, and Local Rule 5.3 to certify that service was effected upon Defendant in this case in the following manner.

2) On July 11, 2007, I sent a copy of the Complaint in the above captioned matter, along with a copy of a Summons in a Civil Case, via certified mail, return receipt, number 7006 0810 0000 0332 0701 to: Alberto Gonzales, United States Dept. of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530. Signed receipt of the Complaint and Summons was made on July 16, 2007. Copies of the certified Mail Receipt, as well as the Return Card are attached.

In accordance with the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the facts contained in the foregoing statement are true and correct to the best of my knowledge, information and belief.


___07/20/07_____                    _____/s/_____
Dated                                        Camilla C. McKinney, Esq.



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): JUL 16 2007    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Alberto Gonzales<br>United States Dept of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0009 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0000 0332 0701 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540