| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Earnest L Parker_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) JUL 18 2007  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jeffrey Taylor<br>United States Atty Office<br>555 4th St, NW<br>Washington, DC 20001-2733 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☒ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7006 0810 0000 0332 0718 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>JUL 1 8 2007 |
| 1. Article Addressed to:<br><br>Jeffrey Taylor<br>United States Atty Office<br>555 4th St, NW<br>Washington, DC 20001-2733 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☒ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  7006 0810 0000 0332 0718 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |