UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY REYNOLDS<br>2403 Olson Street<br>Temple Hills, MD 20748<br><br>Plaintiff,<br>v.<br><br>ALBERTO GONZALES<br>U.S. Attorney General<br>United States Department Of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br><br>Defendants. | Civil Action No. 07-0499 (RCL) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Andrea McBarnette, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

/s/

ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153
(202) 514-8780 (facsimile)