UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY REYNOLDS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 07-0499 (RCL) |
| ALBERTO GONZALES, ) | |
| U.S. Attorney General, ) | |
| United States Department of Justice ) | |
| ) | |
| Defendants. ) | |
| ) | |

CONSENT MOTION FOR EXTENSION OF TIME

  Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to the Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to respond to the complaint. A response is presently due on September 17, 2007 and the Defendant seeks a two week extension up to and including October 1, 2007. Given the heavy work load of counsel for the Defendant, which includes an oral argument in front of the United States Court of Appeals for the District Court of Columbia (on the same day that the response to the complaint is presently due in this case) and several filings soon due in other cases, the Defendant requests additional time to file a response to the complaint. In addition, the Defendant intends to file a dispositive motion and seeks time to analyze the claims, consult with agency counsel, and prepare the dispositive motion. The Plaintiff graciously has consented to the relief requested.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that the time to respond to the complaint is extended to and including October 1, 2007.

Date: September 13, 2007                Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


\_\_\_\_\_/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY REYNOLDS,                              )<br>                                                          )<br>            Plaintiff,                           )<br>     v.                                              )<br>                                                          )     Civil Action No. 07-0499 (RCL)<br>ALBERTO GONZALES,                    )<br>U.S. Attorney General,                      )<br>United States Department of Justice )<br>                                                          )<br>            Defendants.                       )<br>_____ ) | |

**ORDER**

Upon consideration of Defendant's Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendant's time to respond to the complaint is extended to and including October 1, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007