UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY IRVING REYNOLDS,              ) | |
| Plaintiff,              ) | |
| v.              ) | Civil Action No. 07-499 (RCL) |
| ALBERTO GONZALES,              ) United States Attorney General,              ) | |
| Defendant.              ) | |

## ORDER

Upon consideration of defendant's motion for enlargement of time [7], it is hereby

ORDERED that the motion is GRANTED. It is further

ORDERED that defendant's time to respond to the complaint is extended to and included October 1, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on September 25, 2007.