**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **GARY IRVING REYNOLDS** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 07-00499 (RCL) |
|  | ) |
| **PETER KEISLER, ACTING ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE** | ) |
|  | ) |
| Defendant. | ) |

**CONSENT MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Plaintiff Gary I. Reynolds, by and through his undersigned counsel, hereby respectfully requests an extension of time until November 29, 2007 to submit Plaintiff's Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment. Plaintiff contacted counsel for Defendant who consented to this motion. In support of this Motion, Plaintiff states as follows:

The undersigned counsel requests this necessary, additional time in good faith. Defendant's Motion raises numerous complex legal issues concerning not only the merits of Plaintiff's claims, but also issues regarding venue which will take undersigned counsel significant time to research. Given conflicting deadlines in other, unrelated matters, Plaintiff has not had adequate time to gather the information necessary to adequately respond to the Defendant's motion. Moreover, undersigned counsel is in the process of collecting additional information from Plaintiff which will aide counsel's ability to respond to Defendant's motion. Thus, Plaintiff respectfully requests additional time to conduct research into the complex issues

raised by Defendant's motion and to gather the appropriate factual information to be able to respond to Defendant's motion in a sufficient and accurate manner.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. The extension sought by Plaintiff will benefit the administration of justice by allowing a more careful and thorough presentation of Plaintiff's case. Additionally, the Defendant has consented to this extension and should not be prejudiced by this brief delay. Accordingly, Plaintiff respectfully requests that he be given until November 29, 2007 to file his Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment.

Dated: October 15, 2007                    Respectfully submitted,


                                           _____s/_____
                                           Camilla C. McKinney, Esq.
                                           McKinney & Associates, PLLC
                                           1100 Fifteenth Street, N.W., Suite 300
                                           Washington, D.C. 20005
                                           (202) 861-2934/(202) 517-9111 (fax)
                                           *Attorney for Plaintiff Gary Reynolds*


## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Consent Motion for an Extension of Time, to be served electronically, this 15th day of October, 2007, to:

Andrea McBarnette, Esquire
Assistant United States Attorney
Department of Justice
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153


                                           _____
                                           Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **GARY IRVING REYNOLDS**<br><br>Plaintiff,<br><br>v.<br><br>**PETER KEISLER, ACTING ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-00499 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Extend Time to File an Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff shall have until November 29, 2007, to file an Opposition to the Motion.

It is so ORDERED this _____ day of _____, 2007.

_____
United States District Judge