UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **GARY IRVING REYNOLDS**   )<br>  )<br>          Plaintiff,            )<br>  )<br>     v.                           )<br>  )<br>**PETER KEISLER, ACTING ATTORNEY**  )<br>**GENERAL, UNITED STATES**      )<br>**DEPARTMENT OF JUSTICE**       )<br>  )<br>          Defendant.          )<br>_____) | Civil Action No. 07-00499 (RCL) |

**CONSENT MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Plaintiff Gary I. Reynolds, by and through his undersigned counsel, hereby respectfully requests an extension of time until December 28, 2007 to submit Plaintiff's Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment. Plaintiff contacted counsel for Defendant who consented to this motion. In support of this Motion, Plaintiff states as follows:

The undersigned counsel requests this additional time to complete legal research and to gather facts. Plaintiff's counsel also needs the additional time in order to manage unexpected matters that arose in other cases. It has taken more time than anticipated to complete a response to Defendant's motion due to the press of other unrelated business, including an Opposition in an unrelated case, out of town travel and depositions. Counsel did not expect to have urgent and unexpected deadlines in other matters which hindered her ability to complete the response by the date originally planned. Thus, Plaintiff respectfully requests an extension of time to allow Plaintiff to gather required information and to respond to the Defendant's motion in an accurate

manner.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. The extension sought by Plaintiff will benefit the administration of justice by allowing a more careful and thorough presentation of Plaintiff's case. Additionally, the Defendant has consented to this extension and should not be prejudiced by this brief delay. Accordingly, Plaintiff respectfully requests that he be given until December 28, 2007 to file his Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment.

Dated: November 29, 2007			Respectfully submitted,


			_____s/_____
			Camilla C. McKinney, Esq.
			McKinney & Associates, PLLC
			1100 Fifteenth Street, N.W., Suite 300
			Washington, D.C. 20005
			(202) 861-2934/(202) 517-9111 (fax)
			***Attorneys for Plaintiff Gary Reynolds***

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Consent Motion for an Extension of Time, to be served electronically, this 29th day of November, 2007, to:

Andrea McBarnette, Esquire
Assistant United States Attorney
Department of Justice
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153


			_____
			Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **GARY IRVING REYNOLDS**  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )  Civil Action No. 07-00499 (RCL)<br>  )<br>**PETER KEISLER, ACTING ATTORNEY**  )<br>**GENERAL, UNITED STATES**  )<br>**DEPARTMENT OF JUSTICE**  )<br>  )<br>Defendant.  )  |

### ORDER

Upon consideration of Plaintiff's Consent Motion to Extend Time to File a Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff shall have until December 28, 2007, to file a Response to the Motion.

It is so ORDERED this _____ day of _____, 2007.

_____
United States District Judge