UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **GARY IRVING REYNOLDS**         )<br>                                                              )<br>                    Plaintiff,                   )<br>                                                              )<br>         v.                                               )<br>                                                              )<br>**PETER KEISLER, ACTING ATTORNEY**  )<br>**GENERAL, UNITED STATES**         )<br>**DEPARTMENT OF JUSTICE**          )<br>                                                              )<br>                    Defendant.              )<br>                                                              ) | Civil Action No. 07-00499 (RCL) |

**CONSENT MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Plaintiff Gary I. Reynolds, by and through his undersigned counsel, hereby respectfully requests an extension of time until January 11, 2008, to submit Plaintiff's Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment. Plaintiff contacted counsel for Defendant who consented to this motion. In support of this Motion, Plaintiff states as follows:

Undersigned counsel requests this additional time to finalize its response to Defendant's motion. It has taken more time than anticipated to complete a response to Defendant's motion due to the press of other unrelated business, including pre-trial preparation and extensive settlement negotiations in an unrelated case, as well as out of town travel due to the holidays. Additionally, counsel has been unable to consult with her client during the holidays and this has hindered her ability to complete the response by December 28, 2007. Thus, Plaintiff respectfully requests an extension of time to allow Plaintiff to gather required information and to respond to the Defendant's motion in an accurate manner.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. The extension sought by Plaintiff will benefit the administration of justice by allowing a more careful and thorough presentation of Plaintiff's case. Additionally, the Defendant has consented to this extension and should not be prejudiced by this brief delay. Accordingly, Plaintiff respectfully requests that he be given until January 11, 2008, to file his Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment.

Dated: December 28, 2007                    Respectfully submitted,


                                            _____s/_____
                                            Camilla C. McKinney, Esq.
                                            McKinney & Associates, PLLC
                                            1100 Fifteenth Street, N.W., Suite 300
                                            Washington, D.C. 20005
                                            (202) 861-2934/(202) 517-9111 (fax)
                                            ***Attorneys for Plaintiff Gary Reynolds***


## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Consent Motion for an Extension of Time, to be served electronically, this 28th day of December, 2007, to:

Andrea McBarnette, Esquire
Assistant United States Attorney
Department of Justice
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153


                                            _____
                                            Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY IRVING REYNOLDS** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**PETER KEISLER, ACTING ATTORNEY** )<br>**GENERAL, UNITED STATES** )<br>**DEPARTMENT OF JUSTICE** )<br>)<br>Defendant. )<br>) | Civil Action No. 07-00499 (RCL) |

## ORDER

Upon consideration of Plaintiff's Consent Motion to Extend Time to File a Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff shall have until January 11, 2008, to file a Response to the Motion.

It is so ORDERED this _____ day of _____, 2007.

_____
United States District Judge