UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY IRVING REYNOLDS** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-00499 (RCL) |
| ) | |
| **PETER KEISLER, ACTING ATTORNEY** ) | |
| **GENERAL, UNITED STATES** ) | |
| **DEPARTMENT OF JUSTICE** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Extend Time to File a Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff shall have until January 11, 2008, to file a Response to the Motion.

It is so ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 3, 2008.