UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY REYNOLDS, )<br>)<br>               Plaintiff, )<br>   v. )<br>)<br>ALBERTO GONZALES, )<br>U.S. Attorney General, )<br>United States Department of Justice )<br>)<br>               Defendants. )<br>                                       ) | Civil Action No. 07-0499 (RCL) |

CONSENT MOTION FOR EXTENSION OF TIME

Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to the Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to respond to the amended complaint. A response is presently due on January 30, 2008 and the Defendant seeks an extension of time up to and including February 27, 2008. The instant case is in the process of being assigned to a new Assistant United States Attorney because the undersigned is leaving the office to start a detail. Because a new attorney is being assigned the case, the Defendant requests additional time so that the new attorney will be able to become familiar with the case and have a chance to consult with agency counsel. The Plaintiff has consented to the relief requested.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that the time to respond to the complaint is extended to and including February 27, 2008.

Date: January 18, 2008                    Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY REYNOLDS,<br><br>    Plaintiff,<br> v.<br><br>ALBERTO GONZALES,<br>U.S. Attorney General,<br>United States Department of Justice<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 07-0499 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of Defendant's Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendant's time to respond to the amended complaint is extended to and including February 27, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008