UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY REYNOLDS,                              )
                                            )
                Plaintiff,                  )
        v.                                  )
                                            )   Civil Action No. 07-0499 (RCL)
ALBERTO GONZALES,                           )
U.S. Attorney General,                      )
United States Department of Justice         )
                                            )
                Defendants.                 )
_____)

## **ORDER**

Upon consideration of Defendant's Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendant's time to respond to the amended complaint is extended to and including February 27, 2008.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 22, 2008.