UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY REYNOLDS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 07-00499(RCL) |
| MICHAEL MUKASEY, ) | ECF |
| U.S. Attorney General ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Raymond A. Martinez and remove the appearance of Assistant United States Attorney Andrea McBarnette as counsel of record for Defendant in the above-captioned case.

Dated: February 5, 2008          Respectfully submitted,

                                                /s/ Raymond A. Martinez
                                Raymond A. Martinez
                                Special Assistant United States Attorney
                                555 Fourth St., N.W.
                                Washington, D.C.  20530
                                Phone: (202) 514-9150
                                Fax: (202) 514-8780
                                Raymond.Martinez2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of February I caused the foregoing Notice of Substitution of Counsel to be served on Plaintiff's counsel , via first class, postage pre-paid mail, addressed as follows:

Camilla C. McKinney
McKinney & Associates,PLLC
1100 15th Street, NW
Suite 300
Washington, DC 20005-1720
202-517-9111
Fax: 202-517-9111
cmckinney@dcemploymentlawyer.com

.

    /s/   Raymond A. Martinez
    Raymond A. Martinez
    Special Assistant United States Attorney
    555 Fourth St., N.W.
    Washington, D.C.  20530
    Phone: (202) 514-9150
    Fax: (202) 514-8780
    Raymond.Martinez2@usdoj.gov