UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY REYNOLDS,            )<br>                                                      )<br>               Plaintiff,              )<br>       v.                                       )<br>                                                      )     Civil Action No. 07-00499(RCL)<br>MICHAEL MUKASEY,         )<br>U.S. Attorney General              )<br>                                                      )<br>               Defendant.           )<br>                                                      ) | |

## NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

In light of the acceptance of Plaintiff's amended complaint, the Defendant in the above captioned matter by and through counsel, does withdraw his motion to dismiss without prejudice and subject to later re-filing, once he reviews the amended complaint.

Dated: February 5, 2008                              Respectfully submitted,


                                                                    /s/ Raymond A. Martinez
                                                                Raymond A. Martinez
                                                                Special Assistant United States Attorney
                                                                555 Fourth St., N.W.
                                                                Washington, D.C.  20530
                                                                Phone: (202) 514-9150
                                                                Fax: (202) 514-8780
                                                                Raymond.Martinez2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February I caused the foregoing Notice of Substitution of Counsel to be served on Plaintiff's counsel , via first class, postage pre-paid mail, addressed as follows:

Camilla C. McKinney
McKinney & Associates,PLLC
1100 15th Street, NW
Suite 300
Washington, DC 20005-1720
202-517-9111
Fax: 202-517-9111
cmckinney@dcemploymentlawyer.com

.

               /s/   Raymond A. Martinez
               Raymond A. Martinez
               Special Assistant United States Attorney
               555 Fourth St., N.W.
               Washington, D.C.  20530
               Phone: (202) 514-9150
               Fax: (202) 514-8780
               Raymond.Martinez2@usdoj.gov