UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY IRVING REYNOLDS** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MICHAEL MUKASY** )<br>**United States Attorney General** )<br>)<br>Defendant. )<br>) | Civil Action No. 07-00499 (RCL) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Plaintiff Gary I. Reynolds, by and through his undersigned counsel, hereby respectfully requests an extension of time until April 25, 2008, to submit Plaintiff's Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment. Plaintiff contacted counsel for Defendant who consented to this motion. In support of this Motion, Plaintiff states as follows:

The undersigned counsel requests this necessary, additional time in good faith. Plaintiff's counsel just completed an extensive Opposition in an unrelated case which was over 50 pages in length. This unrelated matter took longer than anticipated to complete and Plaintiff needs the additional time requested to gather the information necessary to adequately respond to the Defendant's Motion in this case.

Additionally, Plaintiff's counsel has another Opposition which is due in an unrelated matter within the next few weeks; several out-of-town depositions scheduled in the coming month; and a hearing scheduled in April. Therefore, Plaintiff's counsel needs the enlargement in order to manage the Firm's docket and to have adequate time to respond to Defendant's motion. Plaintiff, therefore, respectfully requests an extension of time to allow Plaintiff to gather

required information and to respond to the Defendant's motion in an accurate and thorough manner.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. The extension sought by Plaintiff will benefit the administration of justice by allowing a more careful and thorough presentation of Plaintiff's case. Additionally, the Defendant has consented to this extension and should not be prejudiced by this brief delay. Accordingly, Plaintiff respectfully requests that he be given until April 25, 2008, to file his Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment.

Dated: February 26, 2008                    Respectfully submitted,


_____/s/_____
Camilla C. McKinney, Esq.
McKinney & Associates, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111 (fax)
***Attorneys for Plaintiff Gary Reynolds***

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Consent Motion for an Extension of Time, to be served electronically, this 26th day of February, 2008, to:

Raymond Martinez, Esquire
Special Assistant United States Attorney
United States Attorney's Office for the District of Columbia
Civil Division
555 Fourth St., NW
Washington, DC 20530
Raymond.Martinez2@usdoj.gov


_____/s/_____
Camilla C. McKinney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GARY IRVING REYNOLDS** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-00499 (RCL) |
| | ) |
| **MICHAEL MUKASY** | ) |
| **United States Attorney General** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Extend Time to File a Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff shall have until April 25, 2008, to file a Response to the Motion.

It is so ORDERED this _____ day of _____, 2008.


                                          _____
                                          United States District Judge