**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **GARY IRVING REYNOLDS** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 07-00499 (RCL) |
|  | ) |
| **MICHAEL MUKASY** | ) |
| **UNITED STATES ATTORNEY GENERAL** | ) |
|  | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.6(c) undersigned counsel for Plaintiff Gary I. Reynolds hereby files this Motion to Withdraw Appearance in the above referenced case due to irreconcilable differences. Plaintiff Reynolds requested that undersigned counsel cease work on his case and that he has new counsel who will be representing him. No trial date has been set in this case. Plaintiff's Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment is due on April 25, 2008.

Pursuant to Local Rule 83.6(c) undersigned counsel makes the following certification:

The last known address for Plaintiff Reynolds is 2402 Olson Street, Temple Hills, MD 20748-3218.

Undersigned counsel has served a copy of this Motion to Plaintiff Reynolds and a Notice advising the Plaintiff to obtain other counsel, or, if the Plaintiff intends to conduct the case pro se or to object to the withdrawal, to so notify the Clerk of the Court in writing within five (5) days of service of the Motion upon the Plaintiff.

For all the foregoing reasons, undersigned counsel respectfully requests that the Court grant this motion and withdraw the appearance of undersigned counsel.

Dated: April 11, 2008                                    Respectfully submitted,

_____/s/_____
Camilla C. McKinney, Esq.
McKinney & Associates, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111 (fax)
*Attorneys for Plaintiff Gary I. Reynolds*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Motion to Withdraw Appearance, to be served electronically, this 11th day of April, 2008, to:

Raymond Martinez, Esquire
Special Assistant United States Attorney
United States Attorney's Office for the District of Columbia
Civil Division
555 Fourth St., NW
Washington, DC 20530
Raymond.Martinez2@usdoj.gov

And by U.S. Mail, postage pre-paid, to:
Dr. Gary I. Reynolds
2402 Olson Street
Temple Hills, MD 20748-3218

_____/s/_____
Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **GARY IRVING REYNOLDS**           )<br>                                                                )<br>           Plaintiff,                            )<br>                                                                )<br>   v.                                                       )<br>                                                                )<br>**MICHAEL MUKASY**                           )<br>**UNITED STATES ATTORNEY GENERAL** )<br>                                                                )<br>           Defendant.                         )<br>                                                                ) | Civil Action No. 07-00499 (RCL) |

## ORDER

Upon consideration of the Motion to Withdraw Appearance, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED.

It is so ORDERED this _____ day of _____, 2008.

_____
United States District Judge