# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| GARY IRVING REYNOLDS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL MUKASY )<br>UNITED STATES ATTORNEY GENERAL )<br>)<br>Defendant. )<br>) | Civil Action No. 07-00499 (RCL) |

### PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Plaintiff Gary I. Reynolds, by and through his undersigned counsel, hereby respectfully requests an extension of time until June 9, 2008, to respond to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment. Counsel for Plaintiff contacted counsel for Defendant who consented to this Motion. In support of this Motion, Plaintiff states as follows:

The undersigned counsel understands that Plaintiff Reynolds may currently be on reserve duty for the United States military and engaged in training exercises. Additionally, undersigned counsel has filed a Motion to Withdraw in this matter. Plaintiff Reynolds requests an additional 45 days in order to have sufficient time to complete his military training and to confer with new counsel so that he may respond to Defendant's Motion.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. Accordingly, Plaintiff respectfully requests that he be given until June 9, 2008, to file his Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment.

Dated: April 25, 2008                    Respectfully submitted,


_____/s/_____
Camilla C. McKinney, Esq.
McKinney & Associates, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111 (fax)
***Attorneys for Plaintiff Gary Reynolds***

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Consent Motion for an Extension of Time, to be served electronically, this 25th day of April, 2008, to:

Raymond A. Martinez, Esquire
Special Assistant United States Attorney
501 3rd Street
4th Floor
Washington, DC 20001
Raymond.Martinez2@usdoj.gov


_____/s/_____
Camilla C. McKinney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY IRVING REYNOLDS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-00499 (RCL) |
| | ) |
| MICHAEL MUKASY | ) |
| UNITED STATES ATTORNEY GENERAL | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Plaintiff's Consent Motion to Extend Time to File a Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff shall have until June 9, 2008, to file a Response to the Motion.

It is so ORDERED this _____ day of _____, 2008.

_____
United States District Judge