IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY REYNOLDS

v.                                          Civil No: 1:07-cv-00499-RCL

ALBERTO GONZALES
and MICHAEL MUKASEY

### PLAINTIFF GARY REYNOLDS PRO SE MOTION
### FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY

Plaintiff Gary Reynolds, pro se, respectfully requests that this Honorable Court extend the deadline for Plaintiff to file a response/reply to Defendant Michel Mukasey's Motion to Dismiss/for Summary Judgment, in order to allow Plaintiff sufficient time to obtain new counsel, and that an Order to that effect may be entered without further notice or a hearing.

Dated this 3 day of June, 2008.

*[signature]*
Plaintiff Gary Reynolds,
Pro se

**RECEIVED**

JUN 0 3 2008

Clerk, U.S. District and
Bankruptcy Courts

4270216

## CERTIFICATE OF SERVICE

I, GARY REYNOLDS, hereby certify that on this __3__ day of June, 2008, I caused to be served a true and correct copy of the foregoing *PRO SE MOTION FOR EXTENSION OF TIME TO FILE REPONSE/REPLY* via United States mail, first-class postage prepaid, upon the below parties of interest:

> Raymond A. Martinez
> U.S. Attorney's Office
> 501 3rd Street
> 4th Floor
> Washington, DC 20001
>
> Andrea McBarnette
> U.S. Attorney's Office
> 555 Fourth Street, NW
> Washington, DC 20530

*/s/ Gary Reynolds*
GARY REYNOLDS

4270216