# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **GARY IRVING REYNOLDS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-499 (RCL)** |
| ) | |
| **ALBERTO GONZALES,** ) | |
| **United States Attorney General,** ) | |
| ) | |
| **Defendant.** ) | |

_____)

## ORDER

Upon consideration of plaintiff's motion for enlargement of time [28], it is hereby

ORDERED that the motion is GRANTED.  It is further

ORDERED that the deadline for plaintiff to file his opposition to the motion to dismiss or in the alternative for summary judgment that was filed by defendant on February 12, 2008, shall be extended to July 12, 2008.


SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on June 12, 2008.