IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY REYNOLDS | : |
| v. | : Civil No: 1:07-cv-00499-RCL |
| ALBERTO GONZALES and MICHAEL MUKASEY | : |

**PLAINTIFF GARY REYNOLDS' PRO SE MOTION TO TRANSFER VENUE**

Plaintiff Gary Reynolds, pro se, moves this Court to enter an Order pursuant to 28 U.S.C. § 1404(a) transferring this within action to the United States District Court for the Eastern District of Pennsylvania, and in support thereof avers as follows:

1. Plaintiff originally filed this action in this Court on March 15, 2007.

2. Since that time, circumstances have changed so that this Court is no longer a convenient forum for the parties and witnesses. In particular, since the time this action was filed, Plaintiff has been subject to additional investigations at his current place of employment, the Federal Detention Center in Philadelphia, Pennsylvania. Such investigations, occurring in the Eastern District of Pennsylvania, are in retaliation to Plaintiff's bringing this within action. Plaintiff has filed a formal complaint of discrimination on the basis of retaliation ~~with the Equal Employment Opportunity Commission~~ against the Bureau of Prisons and intends to file an employment discrimination suit, again on the basis of retaliation, in the Eastern District of Pennsylvania in relation thereto. The witnesses and documentary evidence relating to such investigations is most likely located within the Eastern District of Pennsylvania.

**RECEIVED**

JUL 1 1 2008

4293523    NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Venue is proper in the Eastern District of Pennsylvania because a substantial part of the events or omissions giving rise to this action occurred within the Eastern District of Pennsylvania at the Federal Detention Center in Philadelphia, Pennsylvania wherein Plaintiff was at the time of filing and is currently employed.

4. At the time of the original filing, venue would have been proper in the Eastern District of Pennsylvania at the Federal Detention Center in Philadelphia, Pennsylvania wherein Plaintiff was at the time of filing and is currently employed.

5. The District Court for the Eastern District of Pennsylvania has subject matter jurisdiction over the action pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 2000e-5(f).

6. The District Court for the Eastern District of Pennsylvania could have exercised personal jurisdiction over the defendants by serving the summons at the U.S. Attorney's Office at 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania pursuant to Federal Rule of Civil Procedure 4(i).

7. Transfer of venue to the Eastern District of Pennsylvania would be in the interest of justice and would serve the convenience of the parties and witnesses because:

    a. The events at issue in the lawsuit took place in the Eastern District of Pennsylvania, in the Philadelphia Federal Detention Center.

    b. Because the events at issue took place in the Eastern District of Pennsylvania, the witnesses, for both Plaintiff and Defendants, are most likely located in that district. As such, trial in the Eastern District of Pennsylvania would be more expeditious and economical.

4293523

      c.    Because the events at issue took place in the Eastern District of Pennsylvania, the documentary evidence relating to Plaintiff's employment at the Philadelphia Federal Detention Center is most likely located within the Eastern District of Pennsylvania.

WHEREFORE, Plaintiff Gary Reynolds, pro se, respectfully requests that this Honorable Court issue an Order pursuant to 28 U.S.C. § 1404(a) transferring this within action to the United States District Court for the Eastern District of Pennsylvania.

      Respectfully submitted,

*/s/ Gary Reynolds*
_____
Plaintiff Gary Reynolds, Pro se

Dated this __11__ day of July, 2008.

4293523

## CERTIFICATE OF SERVICE

I, GARY REYNOLDS, hereby certify that on this __11__ day of July, 2008, I caused to be served a true and correct copy of the foregoing *MOTION* via United States mail, first-class postage prepaid, upon the below parties of interest:

>  Raymond A. Martinez
>  U.S. Attorney's Office
>  501 3rd Street
>  4th Floor
>  Washington, DC 20001
>
>  Andrea McBarnette
>  U.S. Attorney's Office
>  555 Fourth Street, NW
>  Washington, DC 20530

_____
GARY REYNOLDS

4293523

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY REYNOLDS | : |
| | : |
| v. | :   Civil No: 1:07-cv-00499-RCL |
| | : |
| ALBERTO GONZALES | : |
| and MICHAEL MUKASEY | : |

### ORDER

**AND NOW**, this        day of                  , 2008, upon Plaintiff's Pro Se Motion to Transfer Venue, it is hereby **ORDERED, DECREED and ADJUDGED** that:

1.   The Motion is **GRANTED**.

2.   This action will be and is transferred to the United States District Court for the Eastern District of Pennsylvania, a court in which it could have originally been brought.

3.   The Clerk of the Court will transmit the complete file in this case to the United Stated District Court for the Eastern District of Pennsylvania.

**BY THE COURT:**

_____ J.

4293523