IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY REYNOLDS

v.    Civil No: 1:07-cv-00499-RCL

ALBERTO GONZALES
and MICHAEL MUKASEY

RECEIVED
JUL 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**PLAINTIFF GARY REYNOLDS' PRO SE MOTION TO
HOLD DEFENDANTS' MOTION TO DISMISS/MOTION FOR
SUMMARY JUDGMENT IN ABEYANCE PENDING DETERMINATION
OF PLAINTIFF'S PRO SE MOTION TO TRANSFER VENUE**

Plaintiff Gary Reynolds, pro se, respectfully requests that this Honorable Court hold the Defendants' Motion to Dismiss/Motion for Summary Judgment in abeyance pending determination of Plaintiff's Pro Se Motion to Transfer Venue to the Eastern District of Pennsylvania, and that an Order to that effect may be entered without further notice or a hearing. In support thereof, Plaintiff avers as follows:

1. On March 15, 2007, Plaintiff commenced this action by filing a Complaint in the U.S. District Court for the District of Columbia.

2. On October 1, 2007, Defendants filed a Motion to Dismiss/Motion for Summary Judgment.

3. On January 15, 2008, Plaintiff filed an Amended Complaint.

4. On February 12, 2008, Defendants filed a Motion to Dismiss/Motion for Summary Judgment.

5. On March 4, 2008, the Court entered an order extending the deadline for Plaintiff to file a response to Defendants' Motion to Dismiss/Motion for Summary Judgment to April 25, 2008.

4292912

6. On April 11, 2008, Camilla McKinney, Esquire filed a motion to withdraw as attorney for Plaintiff.

7. On May 1, 2008, the Court entered an order extending the deadline for Plaintiff to file a response to Defendants' Motion to Dismiss/Motion for Summary Judgment to June 9, 2008.

8. On May 29, 2008, the Court granted Mr. McKinney's motion to withdraw as attorney.

9. On June 12, 2008, the Court entered an order extending the deadline for Plaintiff to file a response to Defendants' Motion to Dismiss/Motion for Summary Judgment to July 12, 2008.

10. Plaintiff now seeks to have this action transferred to the District Court for the Eastern District of Pennsylvania in order to enhance the convenience of the parties and witnesses, and in the interest of justice, because the events giving rise to this cause of action took place in the Eastern District of Pennsylvania at the Federal Detention Center in Philadelphia, PA.

11. Plaintiff has filed a Pro Se Motion to Transfer Venue to the Eastern District of Pennsylvania simultaneously with the herein Pro Se Motion for Abeyance.

12. Plaintiff asks that he not be required to prepare a response to the Defendants Motion to Dismiss/Motion for Summary Judgment until this Honorable Court has entered an Order regarding Plaintiffs' Motion to Transfer Venue.

WHEREFORE, Plaintiff Gary Reynolds respectfully requests that this Honorable Court issue an Order holding Defendants' Motion to Dismiss/Motion for Summary

Judgment in abeyance pending determination of Plaintiff's Pro Se Motion to Transfer Venue to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

_____
Plaintiff Gary Reynolds, Pro se

Dated this 11 day of July, 2008.

## CERTIFICATE OF SERVICE

I, GARY REYNOLDS, hereby certify that on this \_\_11\_\_ day of July, 2008, I caused to be served a true and correct copy of the foregoing *MOTION* via United States mail, first-class postage prepaid, upon the below parties of interest:

Raymond A. Martinez
U.S. Attorney's Office
501 3rd Street
4th Floor
Washington, DC 20001

Andrea McBarnette
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC 20530

*/s/ Gary Reynolds*
GARY REYNOLDS

4292912