UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY IRVING REYNOLDS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MUKASEY,<br>United States Attorney General,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-499 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of defendant's motion [22, 23] to dismiss or in the alternative, for summary judgment, plaintiff's motion [31] to transfer venue, plaintiff's motion [32] to hold defendant's motion in abeyance pending determination of plaintiff's motion to transfer venue, the entire record herein, and the applicable law, it is hereby

ORDERED that plaintiff's motion to hold defendant's motion in abeyance is GRANTED; it is further

ORDERED that plaintiff's motion to transfer venue is GRANTED; all further proceedings in this case shall be transferred to the Eastern District of Pennsylvania. Plaintiff is relieved of his obligation to file an opposition to defendant's motion in this Court and shall file his opposition in the transferee court. The Clerk shall transmit the record herein to the United States District Court for the Eastern District of Pennsylvania.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth on August 13, 2008.